■ LEASING SERVICE CORPORATION, Appellant, v H & H REALTY Co. et al., Respondents.—Appeal by the plaintiff from a judgment of the Supreme Court, Dutchess County (Charde, J.H.O.), dated January 13, 1988.

Ordered that the judgment is affirmed, with costs, for reasons stated by Judicial Hearing Officer Charde at the Supreme Court. Mollen, P. J., Spatt, Sullivan and Rosenblatt, JJ., concur.